IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLY GILL-GAYLE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-0719 |
| | : | |
| GIANT COMPANY, LLC, et al. | : | |

## ORDER

AND NOW, this 19th day of July, 2024, upon consideration of Defendant Giant Company, LLC's Motion to Dismiss (ECF No. 3) and Plaintiff Shelly Gill-Gayle's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED as to Counts Three and Five of Gill-Gayle's Complaint, which are DISMISSED without prejudice.

- The Motion is GRANTED as to Counts Six and Seven of Gill-Gayle's Complaint, which are DISMISSED as withdrawn.

- The Motion is DENIED as to Counts One, Two, and Four of Gill-Gayle's Complaint.

It is FURTHERED ORDERED Gill-Gayle may file an Amended Complaint on or before August 19, 2024. If she does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before August 19, 2024 stating that intent. If she fails to file any response to this Order, the Court will conclude Gill-Gayle intends to stand on her Complaint.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.